## UNITED STATES DISTRICT COURT FOR
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C. A. SPALDING COMPANY**<br><br>      **Plaintiff,**<br><br> vs.<br><br>**SELECTIVE INSURANCE GROUP, Inc. and SELECTIVE INSURANCE COMPANY OF AMERICA**<br><br>      **Defendants.** | CIVIL ACTION<br><br>Case No. 2:20-cv-01967-TJS |

## STIPULATION OF VOLUNTARY DISMISSAL

  Plaintiff, C. A. Spalding Company, and Defendants, Selective Insurance Group, Inc. and Selective Insurance Company of America, hereby agree and stipulate to the voluntary dismissal of Plaintiffs' Complaint and cause of action without prejudice, pursuant to Fed. R. Civ. P. 41(a).  Each side agrees to bear their own costs.

Dated:  June 4, 2020        Respectfully submitted,

                  */s/ Laurence S. Berman*
                  Arnold Levin, Esquire
                  Laurence S. Berman, Esquire
                  Frederick Longer, Esquire
                  Daniel Levin, Esquire
                  **LEVIN SEDRAN & BERMAN, L.L.P.**
                  510 Walnut Street, Suite 500
                  Philadelphia, PA 19106-3697
                  Telephone: (215) 592-1500
                  alevin@lfsblaw.com
                  lberman@lfsblaw.com
                  flonger@lfsblaw.com
                  dlevin@lfsblaw.com

Richard M. Golomb, Esquire
Kenneth J. Grunfeld, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com
*Counsel for Plaintiff*


*/s/ David Smith*
David Smith (Pa. I.D. 21480)
Theresa E. Loscalzo (Pa. I.D. 52031)
Raymond J. Hunter (Pa. I.D. 87797)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205
*Attorneys for defendants Selective Insurance Group, Inc. and Selective Insurance Company of America*